## UNITED STATES of America, Plaintiff–Appellee,

v.

## Eucebio CORDOVA–DE LA CRUZ, Defendant–Appellant.

### No. 03–50386.

United States Court of Appeals, Ninth Circuit.

---

1. The motion to set case for oral argument has been rendered moot.

* The Honorable Thomas M. Reavley, Senior United States Circuit Judge for the Fifth Circuit, sitting by designation.

Submitted July 16, 2004.\*

Decided July 22, 2004.

Jessica M. Kass, United States Department of Justice, San Diego, CA, for Plaintiff–Appellee.

Norma A. Aguilar, FDCA–Federal Defender's of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before: FARRIS, KOZINSKI, and SILVERMAN, Circuit Judges.

## MEMORANDUM \*\*

Eucebio Cordova–De La Cruz appeals his conviction for being a previously deported alien found in the United States without permission, in violation of 8 U.S.C. § 1326(a). We review de novo whether the jury instructions accurately defined the elements of the offense and whether they adequately covered the defendant's theory of defense. *United States v. Hicks,* 217 F.3d 1038, 1045 (9th Cir.2000). We also review de novo the sufficiency of an indictment. *United States v. Rodriguez–Rodriguez,* 364 F.3d 1142, 1145 (9th Cir. 2004).

The district court correctly instructed the jury that it needed to find that Cordova was free from official restraint at the time he was found in the United States. *See United States v. Castellanos–Garcia,* 270 F.3d 773, 775 (9th Cir.2001). Cordova's proffered instruction was not supported by the evidence. Likewise, the

district court correctly denied Cordova's attacks on the indictment. The indictment adequately alleged the necessary elements of the offense; it did not need to allege that Cordova's entry was voluntary or that he evaded inspection. *See United States v. Parga–Rosas,* 238 F.3d 1209, 1214 (9th Cir.2001); *Rodriguez–Rodriguez,* 364 F.3d at 1146 (holding that *Parga–Rosas* was not overruled by *United States v. Buckland,* 289 F.3d 558 (9th Cir. 2002) (en banc)).

**AFFIRMED.**

---

\* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

